18-20406

Your Honor,
I am writing in hope that I can be moved back to Mason or to FDC Memphis. I was in Mason for 6 days when I was abruptly moved here. (Fayette County Dentention Center). The main problem here is we are locked down for 22 hours everyday and we only come out at 10:30-11:00 p.m. until 12:30-1:00 am. It is impossible for me properly fight my case from here. I haven't been able to speak to my lawyer at all. There is no law library here, only a kiosk on the wall that is very difficult to navigate. We are forced to call our families late at night because it is the only time we come out, by then my 8 year old daughter and my 4 year old stepson are asleep.

There is only 6 federal inmates here and everything is terrible. I suffer from bouts of Vertigo which I told them about when I came in and nothing has been done. I informed them of the medication I'm on, but haven't heard anything.

When I arrived here on 6/11/19 I wasn't given a bath towel or any underwear. I had to wait until I bought those items from their commissary the following Wednesday. I had to borrow a towel from another inmate just to take a shower. I ran out of toilet paper and they refused to give me another roll, stating that they only pass it out on Sunday or I could purchase in from commissary.

We are being treated like we are in segregation for no reason, nobody has done anything wrong. The main thing is I cannot fight my case. being locked down all day everyday. I have co-defendants at Mason who I pose no threat whatsoever to, and they don't pose a threat to me. There are several co-defendants who are housed at Mason together, because the facility is big enough to keep them separated if need be. I just want a fair chance to defend myself in court like everyone else. I just need access to my lawyer and law library.

Sincerely,
Ronnie Woods